WADSWORTH VENTURA ASSOCIATES 367 LLC, Respondent, v CARMEN FRIAS, Appellant. [955 NYS2d 337]—

The record shows that tenant violated two probationary stipulations in this chronic nonpayment case. Accordingly, it was not an abuse of discretion for the court to enforce the stipulation by its terms, which provided for no further defaults, and allow for the eviction of tenant (*see Hotel Cameron, Inc. v Purcell*, 35 AD3d 153, 155-156 [1st Dept 2006]; *see also 565 Tenants Corp. v Adams*, 54 AD3d 602 [1st Dept 2008]). Concur—Andrias, J.P., Friedman, DeGrasse, Manzanet-Daniels and Gische, JJ.